AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2018 JAN 24 P 4: 24

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:18sw29
A Honda CRV with Virginia Plates WRB-1430 and )
VIN 5J6RM4H74DL071768 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Virginia____
*(identify the person or describe the property to be searched and give its location)*:

A Honda CRV with Virginia Plates WRB-1430 and VIN 5J6RM4H74DL071768, currently located at 46903 Sugarland Road, Sterling, VA.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____The Honorable Ivan D. Davis____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 17 Jan 18 at 1104 hrs,    /s/
                                                 Ivan D. Davis   *Judge's signature*
                                                 United States Magistrate Judge
City and state:    Alexandria, Virginia          The Hon. Ivan D. Davis, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18sw29 | Date and time warrant executed: 22 January 2018; 8:00a | Copy of warrant and inventory left with: In vehicle |
| Inventory made in the presence of: n/a | | |

Inventory of the property taken and name of any person(s) seized:

See attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/24/2018

*Caitlin McGovern*
Executing officer's signature

Caitlin McGovern, Special Agent
Printed name and title

# ATTACHMENT A - ITEMS TO BE SEIZED

Evidence, fruits, and instrumentalities of an attempt to provide material support to a designated foreign terrorist group, in violation of 18 U.S.C. § 2339B, and/or the possession of child pornography, violation of Title 18, United States Code, Sections 2252, including:

I. Any and all information, records, or internet activity with respect to:

    a. Attempts to communicate with or provide material support to a foreign terrorist group or any member or affiliate of a foreign terrorist group;

    b. Contact lists (including names, addresses, phone numbers, photographs, or any other identifying information) of individuals associated with foreign terrorist groups, and/or foreign or U.S.-based radicalizers or facilitators;

    c. Financial records that may indicate plans/preparation to travel overseas, or provide other material support to a foreign terrorist group;

    d. Child pornography and child erotica, as well as evidence of when such materials were uploaded, downloaded, modified, owned, controlled, accessed, deleted, shared, or otherwise used, and by whom;

    e. Programs, tools or applications that may be used for overt or clandestine/covert communications, and any associated contacts or communications history;

    f. Firearms, weapons, body armor, explosive devices, or their components;

    g. End-of-life documents, including but not limited to, life insurance policies, letters to family and/or associates, and/or a will.

II. Wireless telephones, computers, or electronic storage mediums, electronic data processing and storage devices, gaming systems, keyboards, Central Processing Units, external and/or internal drives, external and internal storage devices such as magnetic tapes and/or disks or diskettes, together with system documentation, operating logs and documentation, software and instruction manuals, passwords, test keys, and encryption codes or similar codes that are necessary to access computer programs. The stored contents of any of the items described in this paragraph may be searched for any of the items listed in Section I of this Attachment, above.

FD-597 (Rev. 4-13-2015)  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: WF-7082221

On (date) 1/22/18

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) VIN 5J6RM4H74DL071768

(Street Address) _____

(City) _____

Description of Item (s): 3 large screwdrivers and 2 small screwdrivers; GPS S/N 0798106168002; One (1) small CD-R from "Digital Gallery"; 2 pieces of white tissue

Received By: [signature] (Signature)
Printed Name/Title: Kimberly J. McGeey

Received From: No One Present (Signature)
Printed Name/Title: _____